UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON RISTIE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 25-cv-01221-TSH<br><br>**ORDER DISREGARDING WITHDRAWAL OF MAGISTRATE JUDGE CONSENT**<br><br>Re: Dkt. Nos. 14, 22 |

On February 14, 2025, Plaintiff Gordon Ristie filed a consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment, pursuant to 28 U.S.C. § 636(c). ECF No. 8. However, he subsequently filed a request for reassignment on February 25, 2025. ECF No. 22.

A party to a federal civil case has, subject to some exceptions, a constitutional right to proceed before an Article III judge. *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993) (citation omitted). The right to an Article III court can be waived, allowing parties to consent to trial before a magistrate judge. *Id.* at 479-80; *Wellness Int'l Network, Ltd. v. Sharif*, 575 U.S. 665, 678 (2015); 28 U.S.C. § 636(c)(1). Once a civil case is referred to a magistrate judge under section 636(c), the reference can be withdrawn only by the court, and only "for good cause shown on its own motion, or under extraordinary circumstances shown by any party." *Dixon*, 990 F.2d at 480 (simplified). "There is no absolute right, in a civil case, to withdraw consent to trial and other proceedings before a magistrate judge." *Id.*

Here, Plaintiff has not shown good cause or extraordinary circumstances to withdraw his consent. Further, as there is a pending motion to dismiss and a pending motion to amend, allowing Plaintiff to withdraw his consent now would only delay the proceedings. Accordingly,

1  no reassignment shall occur.  *See, e.g., McCracken v. Wells Fargo Bank NA*, 2017 WL 6209178,
2  at *1 (N.D. Cal. May 6, 2017) (noting that allowing withdrawal of consent would delay the
3  proceedings); *Malasky v. Julian*, 2018 WL 4679958, at *3 (N.D. Cal. Sept. 24, 2018)
4  (disregarding withdrawal of consent where no good cause or extraordinary circumstances shown).
5      **IT IS SO ORDERED.**

7  Dated: February 28, 2025

                                                  THOMAS S. HIXSON
                                                United States Magistrate Judge

United States District Court
Northern District of California